UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER GOMEZ,

                        **Plaintiff,**                       25-CV-02873 (PAE)(SN)

    -against-                                    **ORDER**

TRUSTEES OF COLUMBIA UNIVERSITY, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 23, 2025, Plaintiff moved for the Clerk of Court to issue a Certificate of Default against Defendant 544 West 11th STR LLC. ECF Nos. 16-17. The basis for the Certificate of Default is Defendant 544 West 11th STR LLC's failure to file an answer or respond to the complaint.

    Plaintiff served Defendant 544 West 11th STR LLC on April 22, 2025, via the Secretary of State. ECF No. 11. Defendant had 30 days, until May 22, 2025, to file an answer or respond to the complaint. See N.Y. CPLR § 320(a). It is the Court's experience, however, that service through the Secretary of State is often delayed by 60 days or more. Accordingly, the Court will not consider a motion for default at this time. If Defendant 544 West 11th STR LLC does not appear within 60 days of service on the Secretary of State, Plaintiff shall file a status letter on July 1, 2025.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      May 23, 2025
               New York, New York