<div align="center">

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

████████████████████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

</div>

<div align="center">

**June 19, 2025**

</div>

Honorable Sarah Netburn
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> Re:   *Alexander Gomez v. Trustees Of Columbia University et al*
> *Civil Action No.:1:25-cv-02873-PAE-SN*
> *Joint Notice of Settlement*

Dear Honorable Magistrate Judge Netburn,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's May 28, 2025 Order [DE#24], the Defendants are directed to answer the initial pleading [DE#1] on or before June 23, 2025. Most primarily though, the Parties together, file this notice, to apprise the Court that a Settlement in Principle has just been attained, and therein the parties are enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

    Given that the Parties have now resolved the initial negotiations, and need only finalize the terms of the Settlement to perfect the contract, the Parties are confident that—while all are still diligently working to perfect the Settlement documentations—that a Final Stipulation of Dismissal could be filed in the coming month or two.

    Thank you for the Court's time and consideration.

<div style="margin-left:50%">

Most Respectfully,

*/s/ Maria Costanza Barducci*
_____
BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

</div>

cc: Via CM/ECF Only